IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02410-WYD-MEH

CHRISTOPHER BASS,

    Plaintiff,

v.

OFFICE OF THE DISTRICT ATTORNEY,
COLORADO SPRINGS POLICE DEPARTMENT,
HIEN NGUYEN,
JOHN DOE OFFICERS TEU SQUAD 1 AND 2,
OFFICER LANEY,
DETECTIVE LAURA COCHRAN,
DETECTIVE DONYA DAVIS, and
DISTRICT ATTORNEY JOHN DOE 1 AND 2,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 31, 2007.**

    Before the Court is Plaintiff's Motion to Amend Complaint. Plaintiff has filed a second Motion to proceed *in forma pauperis* and attached a second complaint. Pursuant to Fed. R. Civ. P. 15(a), Plaintiff must seek leave of the Court to amend his complaint and must establish that justice requires such an amendment. Plaintiff makes no such argument and has not properly filed a Motion to Amend Complaint containing any such arguments and attaching his proposed amended complaint to the motion. Accordingly, the document construed as Plaintiff's Motion to Amend Complaint [Filed May 30, 2007; Docket #56] is **denied** without prejudice.