IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02410-WYD-MEH

CHRISTOPHER BASS,

    Plaintiff,

v.

OFFICE OF THE DISTRICT ATTORNEY,
COLORADO SPRINGS POLICE DEPARTMENT,
HIEN NGUYEN,
JOHN DOE OFFICERS TEU SQUAD 1 AND 2,
OFFICER LANEY,
DETECTIVE LAURA COCHRAN,
DETECTIVE DONYA DAVIS, and
DISTRICT ATTORNEY JOHN DOE 1 AND 2,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 8, 2007.**

    Plaintiff's Motion for Order of Discovery Information [Filed June 7, 2007; Docket #63] is **denied**. Pursuant to the Federal Rules of Civil Procedure, Plaintiff may provide discovery requests to Defendants, or may seek discovery from a non-party. However, it is not the province of this court to direct discovery, unless on a procedurally proper motion to compel or motion to enforce a subpoena.