IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02410-WYD-MEH

CHRISTOPHER BASS,

    Plaintiff,

v.

OFFICE OF THE DISTRICT ATTORNEY,
COLORADO SPRINGS POLICE DEPARTMENT,
HIEN NGUYEN,
JOHN DOE OFFICERS TEU SQUAD 1 AND 2,
OFFICER LANEY,
DETECTIVE LAURA COCHRAN,
DETECTIVE DONYA DAVIS, and
DISTRICT ATTORNEY JOHN DOE 1 AND 2,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 21, 2007.**

    Plaintiff's Motion for Discovery Information [Filed June 20, 2007; Docket #71] is **denied**. Plaintiff has previously been directed to seek discovery directly from the party or non-party in possession of the information, not the Court. Further, under Plaintiff's *in forma pauperis* status, the Court does not pay for the cost of the discovery Plaintiff seeks.