IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02410-WYD-MEH

CHRISTOPHER BASS,

    Plaintiff,

v.

OFFICE OF THE DISTRICT ATTORNEY,
COLORADO SPRINGS POLICE DEPARTMENT,
HIEN NGUYEN,
JOHN DOE OFFICERS TEU SQUAD 1 AND 2,
OFFICER LANEY,
DETECTIVE LAURA COCHRAN,
DETECTIVE DONYA DAVIS, and
DISTRICT ATTORNEY JOHN DOE 1 AND 2,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 27, 2007.**

    District Attorney Defendants' Motion to Stay Discovery [Filed May 29, 2007; Docket #54] is **granted**. These Defendants have asserted quasi-judicial and qualified immunity. This Court has issued a Recommendation that these Defendants be dismissed based on absolute immunity. Dock. #48. That Recommendation is currently pending before District Judge Wiley Y. Daniel. Based on the Supreme Court's admonition to adjudicate motions for qualified or absolute immunity prior to engaging in fact discovery, the Court must stay discovery in this matter as to the District Attorney Defendants. *E.g.*, *Behrens v. Pelletier*, 516 U.S. 299, 308 (1996).

    Counsel for the District Attorney Defendants is directed to file a status report within five business after a ruling on the Motion to Dismiss has issued.