IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02410-WYD-MEH

CHRISTOPHER BASS,

    Plaintiff,

v.

OFFICE OF THE DISTRICT ATTORNEY,
COLORADO SPRINGS POLICE DEPARTMENT,
HIEN NGUYEN,
JOHN DOE OFFICERS TEU SQUAD 1 AND 2,
OFFICER LANEY,
DETECTIVE LAURA COCHRAN,
DETECTIVE DONYA DAVIS, and
DISTRICT ATTORNEY JOHN DOE 1 AND 2,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 27, 2007.**

    Before the Court are Defendants' Motion to Dismiss or for More Definite Statement [Docket #49] and Plaintiff's Motion to Amend Complaint [Docket #72]. Defendants argued that Plaintiff has not provided a short and plain statement of the facts upon which relief can be granted and requested either dismissal for failure to state a claim or a new complaint that complies with Rule 8. Plaintiff now seeks to amend his complaint to provide such facts and to add a new party, the City of Colorado Springs, Colorado. After review of Defendants' Motion and Plaintiff's Amended Complaint, the court finds the following relief is proper.

    Defendants' Motion to Dismiss or for More Definite Statement [Docket #49] is **denied without prejudice as moot**. Plaintiff's Motion to Amend [Docket #72] is **granted as specified below**. However, Plaintiff did not file a complete Amended Complaint with his motion.

    Plaintiff is granted leave to file a complete Amended Complaint on or before **July 10, 2007**, as to Defendants Officer Laney, Laura Cochran, Donya Davis, the Colorado Springs Police Department, and the City of Colorado Springs, Colorado.

    Plaintiff's Motion does not address the District Attorney Defendants, which this Court has already recommended be dismissed from this action based on absolute immunity, and, therefore, his amended complaint should not include any changes to his claims against the District Attorney Defendants.