IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02410-WYD-MEH

CHRISTOPHER BASS,

      Plaintiff,

v.

OFFICE OF THE DISTRICT ATTORNEY,
COLORADO SPRINGS POLICE DEPARTMENT,
HIEN NGUYEN,
JOHN DOE OFFICERS TEU SQUAD 1 AND 2,
OFFICER LANEY,
DETECTIVE LAURA COCHRAN,
DETECTIVE DONYA DAVIS, and
DISTRICT ATTORNEY JOHN DOE 1 AND 2,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 28, 2007.**

Plaintiff's Motion for Seeking a Subpoena Duces Tecum [Filed June 27, 2007; Docket #78] is **denied**. The discovery Plaintiff seeks is from parties in this case and, therefore, traditional discovery requests can be used to obtain the necessary material. Moreover, this Court recently stayed discovery as to some of these parties, and Plaintiff cannot use a subpoena to circumvent the stay entered in this case.