IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 06-cv-02410-WYD-MEH              Date:   November 1, 2007
Courtroom Deputy: Cathy Coomes                    **FTR – Courtroom C203**

CHRISTOPHER MICHAEL BASS,                         *Pro Se*

      Plaintiff,

vs.

TEU SQUAD, Officer John Doe 1,
TEU SQUAD, Officer John Doe 2,
DONYA DAVIS,                                      Emily Wilson
HIEN NGUYEN,
OFFICER LANEY,
LAURA COCHRAN, Detective, and
THE CITY OF COLORADO SPRINGS,

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**  9:37 a.m.

Court calls case. Appearances of *pro se* Plaintiff and counsel. Andrew Gorgey is present for the District Attorney Defendants who were previously dismissed.

Argument and discussion regarding District Attorney Defendants' Motion for Relief Pursuant to Fed.R.Civ.P. 60(b)(6) [Doc. #97, filed 10/18/07].

Discussion regarding the parties Plaintiff intends to name in his amended complaint and the allegations against them.

**ORDERED:**  1.   For reasons stated on the record, Plaintiff shall file a Third Amended Complaint **by November 9, 2007.** In the Third Amended Complaint, Plaintiff is to state the allegations against the defendants, but he <u>may not</u> expand the allegations.

               2.   Defendants' Amended Answer shall be filed **by November 26, 2007.**

3. Defendants' Motion to Dismiss shall be filed **by November 16, 2007.**

4. Plaintiff's Response to the Motion to Dismiss shall be filed **by December 10, 2007.**

5. Defendants' Replies shall be filed **by December 17, 2007.**

6. District Attorney Defendants' Motion for Relief Pursuant to Fed.R.Civ.P. 60(b)(6) [Doc. #97, filed 10/18/07] is DENIED as moot, in light of the orders entered above.

Plaintiff states that he is attempting to hire an attorney.

Discussion regarding the current discovery deadline and the filing fee amount still owed by Plaintiff.

**ORDERED:**  The discovery cut-off is extended to **December 16, 2007.**

**Court in recess:**     **10:05 a.m.   (Hearing concluded)**
**Total time in court:**  0:28