IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02410-WYD-MEH

CHRISTOPHER BASS,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, CO,
HIEN NGUYEN,
JOHN DOE OFFICERS TEU SQUAD 1 AND 2,
OFFICER LANEY,
DETECTIVE LAURA COCHRAN,
DETECTIVE DONYA DAVIS, and
EL PASO COUNTY DISTRICT OFFICE,
ERIC ANAYA
DEBRA PEARSON,

Defendants.

## ORDER

THE COURT, having reviewed the Unopposed Stipulated Motion to Dismiss Plaintiff's Third Amended Complaint as to District Attorney Defendants (docket # 115) and being otherwise fully advised in the premises, hereby

ORDERED that the Unopposed Stipulated Motion to Dismiss Plaintiff's Third Amended Complaint as to District Attorney Defendants Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) is **GRANTED**. In accordance therewith, it is

ORDERED that the Office of the District Attorney for the Fourth Judicial District of Colorado, Senior Deputy District Attorney Deborah Pearson in her personal and

professional capacities, and former Deputy District Attorney Eric Anaya in his personal and professional capacities (District Attorney Defendants), who are incorrectly identified in the caption of the Third Amended Complaint as "El Paso County District Office," "Eric Anaya," and "Debra Pearson," respectively, are **DISMISSED WITH PREJUDICE** from this civil action and shall hereinafter be taken off the caption. It is

FURTHER ORDERED that pursuant to the terms of the motion, the District Attorney Defendants are barred from any claim to recovery from Plaintiff of reasonable costs and attorney's fees associated with the defense of this action.

Dated: December 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge