IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02410-WYD-MEH

CHRISTOPHER BASS,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, CO,
HIEN NGUYEN,
JOHN DOE OFFICERS TEU SQUAD 1 AND 2,
OFFICER LANEY,
DETECTIVE LAURA COCHRAN,
DETECTIVE DONYA DAVIS,

    Defendants.

## ORDER

THE COURT, having reviewed the Unopposed Stipulated Motion to Dismiss the Defendant City of Colorado Springs (docket # 117) and being otherwise fully advised in the premises, hereby

ORDERED that the Unopposed Stipulated Motion to Dismiss the Defendant City of Colorado Springs is **GRANTED**.  In accordance therewith, it is

ORDERED that the City of Colorado Springs of Colorado is **DISMISSED WITH PREJUDICE** from this civil action and shall hereinafter be taken off the caption.

Dated: December 4, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge