IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02410-WYD-MEH

CHRISTOPHER BASS,

    Plaintiff,

v.

COLORADO SPRINGS POLICE DEPARTMENT,
HIEN NGUYEN,
JOHN DOE OFFICERS TEU SQUAD 1 AND 2,
OFFICER LANEY,
DETECTIVE LAURA COCHRAN,
DETECTIVE DONYA DAVIS, and
CITY OF COLORADO SPRINGS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 5, 2007.**

    In light of the District Court's Order granting the Stipulated Motion to Dismiss as to District Attorney Defendants with prejudice [doc #116], the District Attorney Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint [filed November 16, 2007; doc #111] is **denied as moot**.