IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02410-WYD-MEH

CHRISTOPHER BASS,

    Plaintiff,
v.

JOHN DOE OFFICERS TEU SQUAD 1 AND 2,
HIEN NGUYEN,
OFFICER LANEY,
DETECTIVE LAURA COCHRAN, and
DETECTIVE DONYA DAVIS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 6, 2007.**

    For good cause shown, Plaintiff's Unopposed Motion to Amend Scheduling Order ("Motion") [filed December 5, 2007; doc #119] is **granted**. The Scheduling Order is amended as follows:

    Dispositive Motion deadline:      January 16, 2008

    In addition, the Final Pretrial Conference currently scheduled in this case for January 2, 2008 is hereby **vacated** and **rescheduled** for **February 4, 2008 at 9:45 a.m.** in the Byron G. Rogers United States Courthouse, 1929 Stout Street, Room 203, Denver, Colorado.

    A Final Pretrial Order shall be prepared by the parties and submitted to the Court **no later than five business days** before the Final Pretrial Conference. Attorneys and/or pro se parties not participating in Electronic Case Filing ("ECF") shall submit their proposed Final Pretrial Order on paper to the Clerk's office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed Final Pretrial Order pursuant to the District of Colorado ECF procedures. In accordance with the electronic filing procedures of this court, the document to be e:mailed to the Magistrate Judge shall be sent to *Hegarty_Chambers@cod.uscourts.gov*, and shall be sent in a useable format (i.e., Word or WordPerfect).

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.