IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02410-WYD-MEH

CHRISTOPHER BASS,

    Plaintiff,

v.

JOHN DOE OFFICERS TEU SQUAD 1 AND 2,
HIEN NGUYEN,
OFFICER LANEY,
DETECTIVE LAURA COCHRAN, and
DETECTIVE DONYA DAVIS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 15, 2008.**

    Upon notice of settlement of this matter, Defendants' Motion for Summary Judgment [filed January 16, 2008; doc #124] and Plaintiff's Unopposed Motion for an Extention [sic] to Response [sic] to Defendants' Summary Judgment Motion [filed February 12, 2008; doc #132] are **denied as moot**.